## (September 22, 1982)

■ In the Matter of the Claim of ALBERT J. ROLLER, Respondent, v LEHIGH PORTLAND CEMENT COMPANY et al., Appellants, and SPECIAL FUND CONSERVATION COMMITTEE, Respondent. WORKERS' COMPENSATION BOARD, Respondent. — Motion to dismiss appeal granted, without costs. The decision of the board which denied applications to reopen three cases and restored two active cases to the referee calendar is interlocutory in nature and is, therefore, not appealable (Workers' Compensation Law, § 23). Moreover, it is not clear from the board's decision that the parties have been precluded from litigating the issue of the effect of the previous injuries on claimant's over-all disability in the two active cases and, in any event, the decision appealed from may be reviewed on an appeal from a final decision of the board. Kane, J. P., Main, Casey, Mikoll and Yesawich, Jr., JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. CHARLES BUTLER, Petitioner, v EUGENE S. LeFEVRE, as Superintendent of Clinton Correctional Facility, Respondent. — Application for writ of habeas corpus, pursuant to CPLR 7002 (subd [b], par 2), denied upon the grounds that it appears from petitioner's papers that he is not illegally detained, and that habeas corpus may not be used as a substitute for an appeal (People ex rel. Keitt v McMann, 18 NY2d 257). Mahoney, P. J., Casey, Mikoll, Yesawich, Jr., and Weiss, JJ., concur.